## KYLES *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 131, September Term, 1965.]

*Decided February 3, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, BARNES and McWILLIAMS, JJ.

PER CURIAM.

For the reasons assigned in Judge Mathias' opinion below, the application for leave to appeal will be denied.

*Application for leave to appeal denied.*